**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose CHAVEZ–DIAZ, Defendant— Appellant.**

**No. 03–50047.**

**D.C. No. CR–01–30057–ALA.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

Judith R. Harper, Office of the U.S. Attorney, Medford, OR, for Plaintiff–Appellee.

Laura Graser, Portland, OR, Robert L. Abel, Esq., Medford, OR, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

Jose Chavez–Diaz appeals his guilty-plea conviction and 262–month sentence for illegal reentry by a previously deported alien, in violation of 8 U.S.C. § 1326, and possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chavez–Diaz's counsel has filed a brief

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Chavez–Diaz has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.